IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLAS LIBRANDE,

        Plaintiff,

        v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

No. CV 06-6320-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Opinion and Order of this court entered December 18, 2007 (#18).

    DATED this  19th  day of December, 2007.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge

PAGE 1 - JUDGMENT